Commonwealth *v.* Miller, Appellant.

Submitted September 14, 1972. *Leonard Turner,* for appellant; *Maxine J. Stotland* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Morales, Appellant.

Submitted September 11, 1972. *William F. Moran, Jr.,* for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below for resentence under the Act of April 14, 1972, P. L. 64, 35 P.S. 780-101 to 780-143. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).